UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD BENFORD and SHEILA A.
WRIGHT-BENFORD,

       Plaintiffs,

v.

                              Case No. 12-13370

COUNTRY HOME LOANS SERVICING LP
et al.,

       Defendants.
                                               /

**PRELIMINARY SCHEDULING ORDER**

       On August 23, 2012, the court conducted a status conference in this case.  At the conference, Plaintiffs' counsel indicated he intended to file, by agreement, an amended complaint.  Depending on the content of the amended complaint, Defendants' counsel expressed that she would likely file a motion to dismiss.  The court will suspend issuance of a formal scheduling order until these preliminary matters are resolved.  Accordingly,

       IT IS ORDERED that Plaintiffs shall file their amended complaint by **August 31, 2012**.  Leave of court is specifically granted to file the amended complaint, and no further motion or stipulation need be submitted.

       Thereafter, Defendants shall file a answer or, alternatively, any motion under Federal Rule of Civil Procedure 12 by **September 14, 2012**.  Plaintiffs response shall be

due **October 5, 2012**.  Any optional reply shall be filed by **October 12, 2012**.  Unless otherwise ordered, no hearing will be conducted.


      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  August 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 31, 2012, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522